Robert M. Goodman, Esq.
C. Brian Kornbrek, Esq.
Thomas K. Murphy III, Esq.
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600 (telephone)
(973) 535-1698 (facsimile)
*Attorneys for Plaintiffs,*
*Alcon Pharmaceuticals Ltd.*
*Alcon Laboratories, Inc.*
*Alcon Research, Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALCON PHARMACEUTICALS LTD, ALCON LABORATORIES, INC. and ALCON RESEARCH, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> PAR PHARMACEUTICAL, INC., <br><br> Defendant. | Civil Action No.: 3:15-cv-07240 (PGS) (DEA) <br><br> **NOTICE OF APPEARANCE** <br><br> (Document Electronically Filed) |

The undersigned counsel hereby appears on behalf of plaintiffs, Alcon Pharmaceuticals Ltd, Alcon Laboratories, Inc. and Alcon Research, Ltd.

GREENBAUM, ROWE, SMITH & DAVIS LLP
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068
(973) 535-1600 (Telephone)
(973) 535-1698 (Facsimile)

By: /s/ C. Brian Kornbrek
      C. BRIAN KORNBREK

Dated: February 22, 2016

4002442.1